# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001-8602

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

SETH ARD
DIRECT DIAL (212) 471-8354

E-MAIL SARD@SUSMANGODFREY.COM

April 14, 2026

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1106
New York, New York 10007

Application **GRANTED**.

The Clerk of Court is respectfully directed to strike Dkt. No. 41.

Dated: April 15, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *BlackOak Life Ltd. v. MetLife Ins. Co.*, No. 1:25-cv-5749

Dear Judge Schofield:

Plaintiff BlackOak Life Limited respectfully moves this Court, pursuant to Local Rule 7.1(e), to withdraw or otherwise strike Dkt. 41, the "Electronic Discovery Protocol," from the docket. That agreed-upon stipulation was filed by Plaintiff today in error due to a misunderstanding.

Plaintiff has conferred with Defendant, and it does not oppose the relief requested in this letter motion.

*/s/ Seth Ard*
Seth Ard
Counsel for BlackOak Life Ltd.